IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CURT BELGROVE, | * | |
| Petitioner | * | Civil Action No. JFM-11-1803 |
| v. | * | |
| WARDEN | * | |
| Respondent | | |

******

# **MEMORANDUM**

Petitioner filed the instant "motion to amend final order of judgment." ECF No. 1. The motion was docketed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks to amend his convictions entered on July 9, 2002, by the United States District Court for the District of Massachusetts in *United States v. Belgrove*, Criminal No. 01-10314.

In this case, petitioner is collaterally attacking the validity of his sentence. As such, the proper vehicle by which to assert this challenge is a 28 U.S.C. §2255 motion. *See Calderon v. Thompson*, 523 U.S. 538, 554 (1998) (ruling it is the subject matter of the motion and not a petitioner's description which determines its status). Accordingly, the petition will be construed as a Motion to Vacate, Set Aside or Correct sentence under §2255. A motion to vacate must be filed in the sentencing court, not the court in the jurisdiction wherein Petitioner is confined. *See* 28 U.S.C. § 2255; *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). For these reasons, the instant action shall be transferred to the United States District Court for the District of Massachusetts.[1]

---

[1] Petitioner's pending motions for appointment of counsel and to expedite hearing (ECF Nos. 3 & 4) shall be denied without prejudice.

A separate Order shall be entered in accordance with this memorandum.


___January 12, 2012_____          ___/s/_____
Date                                        J. Frederick Motz
                                            United States District Judge